**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**WELLS FARGO FINANCIAL**
**LEASING, INC.**                                                                  **PLAINTIFF**

**v.**                                   **NO. 3:09CV00055 BSM**

**DIXON FARMS, INC. and**
**RAY DIXON**                                                                     **DEFENDANTS**

## ORDER

Pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and for good cause shown, plaintiff's motion for admission pro hac vice [Doc. No. 2] is granted and Bradley E. Trammell is hereby permitted to appear and participate in this action as counsel for plaintiff.

IT IS SO ORDERED this 6th day of May, 2009.

                                                                    UNITED STATES DISTRICT JUDGE