# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**WELLS FARGO FINANCIAL**
**LEASING, INC.**                                                                                    **PLAINTIFF**

**v.**                            **CASE NO. 3:09cv00055 BSM**

**DIXON FARMS, INC.**
**and RAY DIXON**                                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered today, judgment is granted to plaintiff against defendants and plaintiff is awarded damages of $120,556.55, plus post-judgment interest of .36% per annum until paid.

IT IS SO ORDERED this 10th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE