# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**WELLS FARGO FINANCIAL LEASING, INC.**                                   **PLAINTIFF**

v.                              **CASE NO. 3:09CV00055 BSM**

**DIXON FARMS, INC. et al.**                                              **DEFENDANTS**

v.

**SOUTHERN BANCORP**
**f/k/a First National Bank of Blytheville**                              **GARNISHEE**

## AMENDED ORDER

On June 10, 2010, a judgment was entered in favor of plaintiff Wells Fargo Financial Leasing, Inc. ("Wells Fargo") against defendants Dixon Farms, Inc. and Ray Dixon in the sum of $120,556.55, plus post-judgment interest of .36% per annum.  [Doc. No. 34].  As of this date, there have been no payments made on the judgment.

On November 16, 2012, the clerk of the court issued a writ of execution upon petition by Wells Fargo [Doc. No. 36] and as of this date, the defendants have not contested the writ.  The writ of execution was served on March 6, 2013.  [Doc. No. 40].

The United States Marshal is hereby ordered to satisfy the judgment [Doc. No. 34] by selling the property described as:

> The East Half of the Southeast Quarter in Section 32, less and except highway right-of-way, in Township 15 North, Range 11 East in Mississippi County, Arkansas.  Also, less and except that portion of the East Half of the Southeast Quarter of Section 32 that is South and East of the highway right-of-way, in Township 15 North, Range 11 East in Mississippi County, Arkansas.

Wells Fargo will be able to bid up to its judgment amount at the sale without having to pay

any additional funds and such bid will be deducted from the amount of its judgment.

The United States Marshal is also ordered to collect its costs and expenses, sell the property, and provide proper notice of the sale. The United States Marshal shall set a sale date within thirty (30) days of this order. Excess proceeds, if any, after satisfaction of expenses of the United States Marshal and the judgment [Doc. No. 34] shall be paid to defendants.

IT IS SO ORDERED this 18th day of April 2013.

_____
UNITED STATES DISTRICT JUDGE